B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Southern District of Texas | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cross Canyon Energy Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA ABC Funding, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**56-2458730** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**6630 Cypresswood Dr.**<br>**Suite 200**<br>**Spring, TX**                    ZIP Code **77379** | Street Address of Joint Debtor (No. and Street, City, and State):                    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Harris** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                    ZIP Code | Mailing Address of Joint Debtor (if different from street address):                    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):     **Duval County, TX** | |

---

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined
in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

☐ Chapter 7          ☐ Chapter 15 Petition for Recognition
☐ Chapter 9             of a Foreign Main Proceeding
■ Chapter 11
☐ Chapter 12         ☐ Chapter 15 Petition for Recognition
☐ Chapter 13            of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts,          ■ Debts are primarily
defined in 11 U.S.C. § 101(8) as                 business debts.
"incurred by an individual primarily for
a personal, family, or household purpose."

---

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
attach signed application for the court's consideration certifying that the debtor
is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed
to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
■ A plan is being filed with this petition.
■ Acceptances of the plan were solicited prepetition from one or more
classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Cross Canyon Energy Corp.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>■ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)          (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>   ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>   ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>            _____<br>            (Name of landlord that obtained judgment)<br><br><br><br>            _____<br>            (Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)                                                                                                 Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Cross Canyon Energy Corp.**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney***

**X** /s/ Rhett G. Campbell
Signature of Attorney for Debtor(s)

**Rhett G. Campbell 03714500**
Printed Name of Attorney for Debtor(s)

**Thompson & Knight, LLP**
Firm Name

**333 Clay Street
Suite 3300
Houston, TX 77002**

Address

**(713) 654-8111  Fax: (713) 654-1871**
Telephone Number

**January 29, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Carl A. Chase
Signature of Authorized Individual

**Carl A. Chase**
Printed Name of Authorized Individual

**CFO**
Title of Authorized Individual

**January 29, 2010**
Date

CROSS CANYON ENERGY CORP.

**ACTION BY UNANIMOUS WRITTEN CONSENT OF THE**
**BOARD OF DIRECTORS OF CROSS CANYON ENERGY CORP.**

Cross Canyon Energy Corp., a Nevada corporation (the "Company"), and the undersigned, being all the members of the board of directors of the Company (the "Board"), do hereby unanimously adopt and consent in writing to the following resolutions, which actions shall have the same force and effect as if taken by an affirmative vote at a duly called and held meeting, and do hereby waive any notice required in connection therewith:

WHEREAS, the Board has evaluated the Company's capital alternatives in connection with a possible restructuring and has determined that the filing of a voluntary petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") is in the best interest of the Company;

RESOLVED, that the Company shall be, and hereby is, authorized to cause the Company to file a voluntary petition (the "Petition") for relief under the Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of Texas, or such other court as the Company or appropriate officer or officers of the Company shall determine to be appropriate (the "Bankruptcy Court"), and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to affect any of the foregoing;

FURTHER RESOLVED, that any officer of the Company, including any chief executive officer, any chief financial officer, any president, any executive vice-president, any senior vice-president, any vice-president, any manager, any secretary, any assistant secretary, or any treasurer (each, a "Designated Officer"), shall be, and each of them, acting alone, hereby is, authorized, directed and empowered on behalf of, and in the name of the Company to: (a) execute, acknowledge, deliver, and verify the Petition and all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made before execution thereof any modifications to the Petition or ancillary documents as any such Designated Officer, in such officer's discretion, deems necessary or desirable to carry out the intent and accomplish the purpose of these resolutions (such approval to be conclusively established by the execution thereof by such Designated Officer); (b) execute, acknowledge, deliver, verify and file or cause to be filed all petitions, schedules, statements, lists, motions, applications, and other papers or documents necessary in connection with the foregoing, including, without limitation, the Prepackaged Plan of Reorganization of Cross Canyon Energy Corp. Pursuant to Chapter 11 of the Bankruptcy Code (as may be amended), the Disclosure Statement related thereto (as may be amended), and any other related documents; (c) execute, acknowledge, deliver, and verify any and all other documents necessary or appropriate in connection therewith or to administer the Company's chapter 11 case in such forum or forums as any such Designated Officer may approve; and (d) take any action consistent with these resolutions, including the filing of applications or motions in connection with the retention of professionals and the incurrence of debt;

FURTHER RESOLVED, that the Designated Officers shall be, and each of them hereby is, authorized, directed and empowered to retain, on behalf of the Company: (a) Thompson & Knight LLP; (b) Grant Thornton LLP; and (c) such other professionals, including attorneys, accountants, financial advisors, investment bankers, actuaries, consultants, noticing agents, or brokers, in the case as in such Designated Officer's or Designated Officers' judgment may be necessary in connection with the Company's Chapter 11 case and other related matters, on such terms as such officer or officers shall approve;

FURTHER RESOLVED, that the law firm Thompson & Knight LLP and any additional special counsel selected by a Designated Officer, if any, shall be, and hereby are, authorized, empowered and directed to represent the Company, as debtor and debtor-in-possession, in connection with any chapter 11 case commenced by or against it under the Bankruptcy Code;

FURTHER RESOLVED, that the Company, as debtor, and debtor-in-possession under chapter 11 of the Bankruptcy Code, shall be, and hereby is, authorized to (a) enter into a debtor-in-possession financing facility, exit facility, and agreement regarding the use of cash collateral and any associated documents, or otherwise obtain Bankruptcy Court authority to use cash collateral, and consummate the transactions contemplated therein or thereby (collectively, the "Financing Transactions") with such lenders on such terms as may be approved by any one or more of the Designated Officers, as may be reasonably necessary for the continuing conduct of the affairs of the Company; and (b) pay related fees and grant security interests in and liens upon some, all or substantially all of the Company's assets, as may be necessary in connection with the Financing Transactions;

FURTHER RESOLVED, that (a) the Designated Officers shall be, and each of them, acting alone, hereby is, authorized, directed, and empowered in the name of, and on behalf of the Company, as debtor and debtor-in-possession, to take such actions and execute, acknowledge, deliver, and verify such agreements, certificates, instruments, guarantees, notices and any and all documents as the Designated Officers may deem necessary or appropriate to facilitate the Financing Transactions (collectively, the "Financing Documents"); the Financing Documents containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by the Designated Officers are approved; and (c) the actions of any Designated Officer taken pursuant to this resolution, including the execution and delivery of all agreements, certificates, instruments, guarantees, notices and other documents, shall be conclusive evidence of the approval thereof by such officer, and by the Company;

FURTHER RESOLVED, that, in addition to the specific authorizations herefore conferred upon the Designated Officers, each of the officers of the Company or their designee shall be, and each of them, acting alone, hereby is authorized, directed and empowered, in the name of, and on behalf of, the Company to take or cause to be taken any and all such further actions to execute, acknowledge, deliver, and verify any and all such agreements, certificates, instruments, amendments, and other documents and to pay all expenses, including filing fees in the case, as in such officer's or officers' judgment shall be necessary or desirable to fully carry out the intent and accomplish the purpose of the resolutions adopted herein;

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken or to be taken by any officer or officers of the Company in connection with the implementation of these resolutions in all respects are hereby ratified, confirmed, and approved; and

FURTHER RESOLVED, that the secretary and any assistant secretary of the Company, are hereby authorized to certify and deliver, to any person to whom such certification and delivery may be necessary or appropriate in the opinion of such secretary or assistant secretary, a true copy of the foregoing resolutions.

[Signature pages to follow]

IN WITNESS WHEREOF, each of the undersigned has caused this consent to be executed as of the 12th day of January, 2010.

_____
Robert P. Munn, Director

_____
Alan D. Gaines, Director

# United States Bankruptcy Court
## Southern District of Texas

In re **Cross Canyon Energy Corp.**

Debtor,

Case No. _____

Chapter _____ **11** _____

# Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __**000-51710**__ .

2. The following financial data is the latest available information and refers to debtor's condition on __**December 21, 2009**__ .

   a. Total assets                                                   $ __**20,810,195.00**__

   b. Total debts (including debts listed in 2.c.,below)             $ __**0.00**__

   c. Debt securities held by more than 500 holders.

|  |  |  |  | Approximate number of holders |
|---|---|---|---|---|
| secured / / | unsecured / / | subordinated / / | $ __0.00__ | __0__ |
| secured / / | unsecured / / | subordinated / / | $ __0.00__ | __0__ |
| secured / / | unsecured / / | subordinated / / | $ __0.00__ | __0__ |
| secured / / | unsecured / / | subordinated / / | $ __0.00__ | __0__ |
| secured / / | unsecured / / | subordinated / / | $ __0.00__ | __0__ |

   d. Number of shares of preferred stock          __1,000__          __1__
   e. Number of shares of common stock          __47,524,990__          __169__

   Comments, if any:
   **Total assets value represents the estimated liquidation value.**

3. Brief description of debtor's business:
   **Independent oil and natural gas company engaged in the exploration, production, development, acquisition, and exploitation of natural gas and crude oil properties.**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **Alan D. Gaines**
   **CIT Capital USA Inc. ***
   **Natural Gas Partners VII, LP**
   **Walehaven Capital Fund Limited***
   ***Deemed to be beneficial owners of greater than 5% under the securities laws.**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Texas

In re    **Cross Canyon Energy Corp.**             Case No. _____

                                   Debtor(s)        Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Bromley Gas Measurement, Inc.<br>11217 Leopard St.<br>Suite E<br>Corpus Christi, TX 78410 | Bromley Gas Measurement, Inc.<br>11217 Leopard St.<br>Suite E<br>Corpus Christi, TX 78410 | | | 172.05 |
| CG Trust<br>508 Avenue L<br>Brooklyn, NY 11230 | CG Trust<br>508 Avenue L<br>Brooklyn, NY 11230 | Convertible Note Accrued Interest | | 30,500.00 |
| Coastaflow Field Services<br>P.O. Box 58965<br>Houston, TX 77258-8965 | Coastaflow Field Services<br>P.O. Box 58965<br>Houston, TX 77258-8965 | | | 810.75 |
| Dorsal Services, Inc.<br>P.O. Box Drawer L<br>Freer, TX 78357 | Dorsal Services, Inc.<br>P.O. Box Drawer L<br>Freer, TX 78357 | | Disputed | 41,366.86 |
| IHS Global, Inc.<br>Department 142<br>Denver, CO 80271-0142 | IHS Global, Inc.<br>Department 142<br>Denver, CO 80271-0142 | | | 268.73 |
| Internal Revenue Service<br>Austin, TX 73301 | Internal Revenue Service<br>Austin, TX 73301 | Form 1120 (Voyager Corporation) | | 16,943.62 |
| Internal Revenue Service<br>Austin, TX 73301 | Internal Revenue Service<br>Austin, TX 73301 | Form 1120 | | 2,165.00 |
| J&J Pipe & Supply Inc<br>P.O. Box 276<br>Ganado, TX 77962 | J&J Pipe & Supply Inc<br>P.O. Box 276<br>Ganado, TX 77962 | | | 1,011.95 |
| K & R Co.<br>5429 Wagon Trail<br>Robstown, TX 78380 | K & R Co.<br>5429 Wagon Trail<br>Robstown, TX 78380 | | | 590.06 |
| Malone & Bailey, PC<br>10350 Richmond<br>Suite 800<br>Houston, TX 77042 | Malone & Bailey, PC<br>10350 Richmond<br>Suite 800<br>Houston, TX 77042 | | | 1,500.00 |
| Process Services Inc.<br>P.O. Box 8230<br>Corpus Christi, TX 78468 | Process Services Inc.<br>P.O. Box 8230<br>Corpus Christi, TX 78468 | | | 1,262.67 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Cross Canyon Energy Corp.**                                           Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Ralph E. Davis Associates Inc.**<br>**1717 St. James Place, Suite 460**<br>**Houston, TX 77056** | **Ralph E. Davis Associates Inc.**<br>**1717 St. James Place, Suite 460**<br>**Houston, TX 77056** | | | **1,912.50** |
| **Schuster & Murry, P.C.**<br>**615 N. Upper Broadway**<br>**MSC 37 Suite 920**<br>**Corpus Christi, TX 78477** | **Schuster & Murry, P.C.**<br>**615 N. Upper Broadway**<br>**MSC 37 Suite 920**<br>**Corpus Christi, TX 78477** | | | **2,690.00** |
| **Sentry Technologies, Inc.**<br>**P.O. Box 772258**<br>**Houston, TX 77215** | **Sentry Technologies, Inc.**<br>**P.O. Box 772258**<br>**Houston, TX 77215** | | | **1,582.66** |
| **Vinson & Elkins**<br>**P.O. Box 200113**<br>**Houston, TX 77216** | **Vinson & Elkins**<br>**P.O. Box 200113**<br>**Houston, TX 77216** | | | **92,577.35** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the CFO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **January 29, 2010**                              Signature   **/s/ Carl A. Chase**

                                                                                 **Carl A. Chase**
                                                                        **CFO**

    *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Southern District of Texas

In re   **Cross Canyon Energy Corp.**        Case No. _____

       Debtor(s)      Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January 29, 2010**        **/s/ Carl A. Chase**

       **Carl A. Chase**/CFO
       Signer/Title

1123 West LLC
1720 Route #22 East
Union, NJ 07083


A's Backhoe Service
P.O. Box 998
County Road 302
San Diego, TX 78384


Abby Office Center
4606 FM 1960 West
Suite 400
Houston, TX 77069


Ace Transportation
P.O. Box 975357
Dallas, TX 75397


ACME Truck Line Inc.
MSC - 410683
PO Box 415000
Nashville, TN 37241-5000


Addison Oil LLC
15851 Dallas Parkway
Suite 1125
Addison, TX 78714


AICCO Inc.
P.O. Box 200455
Dallas, TX 75320-0455


Amegy Bank NA
Corporate Trust
1221 McKinney, Suite P-1
Houston, TX 77010

American Ad Valorem Tax Consultants
P.O. Box 6330
Corpus Christi, TX 78466-6330


American Bank Note Company
P.O. Box 1931
Columbia, TN 38402


American Stock Transfer
59 Maiden Lane
New York, NY 10038


Andrea Kate Sheerin Trust
2409C E. Griffin Parkway
Mission, TX 78572


AT&T
P.O. Box 8103
Aurora, IL 60507


Atlas Tubular LP
P.O. Box 431
Robstown, TX 78380


B Squared Consulting
3 St. Lukes Place
New York, NY 10014


B&M Equipment Service, Inc.
P.O. Box 1846
Alice, TX 78333

Babe Page Water Well Drilling
P.O. Box 3588
Alice, TX 78333


Baker Hostetler
P.O. Box 70189
Cleveland, OH 44190


Baker Hughes Business Inc.
Baker Hughes Bus Support Svcs
PO Box 200415
Houston, TX 77216


Bank of Texas
P.O. Box 790408
Saint Louis, MO 63179


Basic Energy Services LP
PO Box 841903
Dallas, TX 75284-1903


BJ Services Company
P.O. Box 4346 Dept. 393
Houston, TX 77210-4346


Black Stone Natural Resources I, LP
P.O. Box 3416
Alice, TX 78333-3416


Broadridge
P.O. Box 23487
Newark, NJ 07189

Bromley Gas Measurement, Inc.
11217 Leopard St.
Suite E
Corpus Christi, TX 78410


Bronco Oilfield Services
11217 Leopard, Suite E
Corpus Christi, TX 78410


Bryam Yocum
4347 FM 625
Alice, TX 78332


Business Wire Inc.
P.O. Box 39000
San Francisco, CA 94139


C&L Supply
P.O. Box 933
Hebbronville, TX 78361


Carl A. Chase
19311 Puget Lane
Spring, TX 77388


Carl A. Chase
19311 Puget Ln.
Spring, TX 77388


Carolina Casualty Insurance Company
c/o Insurance Alliance
Attn: Lee Rauch
1779 Yorktown, Suite 200
Houston, TX 77056

CBeyond
P.O. Box 848432
Dallas, TX 75284-8432


CBeyond
P.O. Box 848432
Dallas, TX 75284


CCEC Operating Company
6630 Cypresswood Dr.
Suite 200
Spring, TX 77379


CG Trust
508 Avenue L
Brooklyn, NY 11230


CIT Capital USA, Inc.
505 Fifth Ave.
10th Floor
New York, NY 10017


CIT Technology Fin Serv
21146 Network Place
Chicago, IL 60673-1211


Coastaflow Field Services
P.O. Box 58965
Houston, TX 77258-8965


Coastal Chemical Co., LLC
P.O. Box 820
Abbeville, LA 70511-0820

Compuforms Data Products, Inc.
P.O. Box 200485
Arlington, TX 76006


Compusecure Business Comm
14215 Lourdes
Houston, TX 77049


Continental Pump & Supply
1013 Hunters Circle
Victoria, TX 77905


Core Laboratories LP
P.O. Box 841787
Dallas, TX 75284-1787


Corporation Service Company
P.O. Box 13397
Philadelphia, PA 19101-3397


Coyote Fuels Inc.
P.O. Box 261029
Corpus Christi, TX 78426


Cudd Pressure Control, Inc.
P.O. Box 910283
Dallas, TX 75391


D&B
P.O. Box 01793
Chicago, IL 60675-1793

Dalton Trucking Inc.
P.O. Box 5606
Victoria, TX 77903


David C. Smith, CPA
P.O. Box 492
Coppell, TX 75019


Diamond C. Construction
P.O. Box 1185
Alice, TX 78332


Diamond Engineering Inc.
13607 Pegasus Road
Cypress, TX 77429


Digitech Office Solutions
12560 Reed Road, Suite 200
Sugar Land, TX 77498


Dorsal Services, Inc.
P.O. Box Drawer L
Freer, TX 78357


Doty Scott Enterprises, Inc.
12707 High Bluff Dr.
Suite 200
San Diego, CA 92130


Drill Science
8931 Gaylord, #167
Houston, TX 77024

Duval County Tax Office
Carlos J. Montemayor Jr RTA
P.O. Box 337
San Diego, TX 78384-0337


E-Data Systems Inc.
75 Maiden Lane, Suite 342
New York, NY 10038


E. Pena Welding Service
P.O. Box 1941
Alice, TX 78333


E.L. Farmer and Company
P.O. Box 3512
Odessa, TX 79760-3512


E.Vironment
14011 Park Drive, Suite 100
Tomball, TX 77377-6288


Ea Yocum
4301-A FM 625
Alice, TX 78332


Easyhost Company
P.O. Box A3980
Chicago, IL 60690-3980


ECO Mud Disposal
P.O. Box 2502
Corpus Christi, TX 78403-2502

EdgarFilings Ltd
3900 Esses, Suite 900
Houston, TX 77027


EMS USA Inc.
Dept 9296
P.O. Box 4346
Houston, TX 77210-4346


Energy Gas Compression Ltd.
P.O. Box 928
Corpus Christi, TX 78403


Evan Martinez Contract Gauge
1107 W Beaseley St.
Hebbronville, TX 78361


Evangelina P. Cadena and Ireneo Cadena
P.O. Box 163
San Diego, TX 78384


Exterran Energy Solutions, LLC
P.O. Box 201160
Dallas, TX 75320


Federal Insurance Company
c/o Insurance Alliance
Attn: Lee Rauch
1779 Yorktown, Suite 200
Houston, TX 77056


Fesco Ltd.
1000 Fesco Ave
Alice, TX 78332

Fino Oilfield Services Inc.
P.O. Box 1806
Freer, TX 78357


Frontier Trucking
c/o Cash Flow Experts Inc.
P.O. Box 260074
Corpus Christi, TX 78426


Geomap Company
P.O. Box 671077
Dallas, TX 75267-1077


Georgia Parr Marchbanks
and Rex Marchbanks
629 Philomena
Corpus Christi, TX 78412


Global Hunter Securities LLC
601 Poydras Street, Suite 2025
New Orleans, LA 70130


GM Compressor & Pump Inc
P.O. Box 604
Alice, TX 78333


GPI Tollway-Madison, LLC
5601 Granite Parkway, Suite 800
Plano, TX 75024


Greenberg Traurig
1000 Louisiana
Suite 1700
Houston, TX 77002

Guardian
P.O. Box 51505
Los Angeles, CA 90051-5805


Halliburton Energy Svcs., Inc.
P.O. Box 203143
Houston, TX 77216-3143


Harris County Tax Assessor-Collector
c/o Linebarger Goggan Blair & Sampson LL
P.O. Box 3064
Houston, TX 77002


Harris, Finley & Bogle P.C.
777 Main Street
Suite 3600
Fort Worth, TX 76102-5341


Hartford Lloyds Insurance Company
c/o Insurance Alliance
Attn: Lee Rauch
1779 Yorktown, Suite 200
Houston, TX 77056


Hefte Oilfield Service
13434 Leopard Street
A29B
Corpus Christi, TX 78410


High Point Center
12225 Greenville Ave
Suite 123
Dallas, TX 75243


Houston Energy Finance Group
B.K. Buongiorno
1991 McKinney, Suite 801
Houston, TX 77002

Humanadental Ins. Co.
P.O. Box 0884
Carol Stream, IL 60132-0884


IHS Global, Inc.
Department 142
Denver, CO 80271-0142


IKON Science Americas Inc.
2103 City West Blvd.
Building 4, Suite 120
Houston, TX 77042


Insurance Alliance
1776 Yorktown
Suite 200
Houston, TX 77056


Integrated Production Services
P.O. Box 201936
Dallas, TX 75320-1936


Internal Revenue Service
Austin, TX 73301


International Lift Systems LLC
P.O. Box 941748
Houston, TX 77094


Irma O. Garcia
700 Schallert
Alice, TX 78332

J & B Septic Tanks
3032 N US Hwy 281
Alice, TX 78332


J&J Pipe & Supply Inc
P.O. Box 276
Ganado, TX 77962


J. Connor Consulting, Inc.
16225 Park Ten Place, Suite 700
Houston, TX 77084


Jackson Walker, LLP
P.O. Box 130989
Dallas, TX 75313-0989


James Lawrence Sheerin, Jr. Trust
2409C E. Griffin Parkway
Mission, TX 78572


Jim B. Davis
13607 Pegasus Rd.
Cypress, TX 77429


Jim Davis
13607 Pegasus Rd.
Cypress, TX 77429


John R. Ames, CTA
P.O. Box 139066
Dallas, TX 75313

K & R Co.
5429 Wagon Trail
Robstown, TX 78380


K & R Energy Inc.
P.O. Box 260894
Corpus Christi, TX 78426-0894


Key Energy Fishing & Rental
P.O. Box 201858
Dallas, TX 75320-1858


Kirk Pogoloff
15851 Dallas Parkway
Suite 1125
Addison, TX 75001-3495


Lindsey's Office Furniture
6401 Long Point Road
Suite 204
Houston, TX 77055


Lone Star Industries
P.O. Box 188
Hebbronville, TX 78361


Lone Star Transportation, LLC
P.O. Box 3257
Abilene, TX 79604


Longhorn Supply Co.
P.O. Box 760
George West, TX 78022

Loomis International, Inc.
P.O. Box 41170
Houston, TX 77241-1170


Los Orcones Ranch Deer Co Inc
P.O. Box Q
Benavides, TX 78341


Los Orcones Ranch, Ltd.
P.O. Box Q
Benavides, TX 78341


Luis Alfonso Garcia
508 Manor
Laredo, TX 78041


Luis Canales, Indiv/Heir Under
Est of Corina G. Canales
7202 Euclid Drive
Rowlett, TX 75089


M & G Development LP
P.O. Box 8
Alice, TX 78333-0008


Macquarie Bank Limited
1 Martin Place
Sydney, Australia NSW 2000


Malone & Bailey, PC
10350 Richmond
Suite 800
Houston, TX 77042

Mary Margaret
9 Holly Tree Lane
Spring, TX 77373


Mergent
580 Kingsley Park Drive
Fort Mill, SC 29715


Miller Consulting Inc.
1000 West Avenue
Austin, TX 78701-2019


Moffitt & Associates Inc
P.O. Box 2786
Corpus Christi, TX 78403-2786


Montez Electric Inc.
P.O. Box 2148
Alice, TX 78333


Montgomery Coscia Greilich Inc
2701 Dallas Parkway
Suite 300
Plano, TX 75093


Morales Backhoe Service
307 West Draper
Hebbronville, TX 78361


Natural Gas Partners
125 John Carpenter Freeway
Suite 600
Irving, TX 75062

Office World
8700 Clay Road
Suite 200
Houston, TX 77080


OGSYS
6500 West Freeway
Suite 1020
Fort Worth, TX 76116


Oil & Gas Business Solutions
4849 Greenville Avenue
Suite 1250
Dallas, TX 75206


Oil & Gas Information Systems, Inc.
6500 West Freeway
Suite 1020
Fort Worth, TX 76116


P & J Trucking Inc.
P.O. Box 19589
Houston, TX 77224


Pacific Indemnity Company
c/o Insurance Alliance
Attn: Lee Rauch
1779 Yorktown, Suite 200
Houston, TX 77056


Paychex, Inc.
11777 Katy Freeway, Suite 200
Houston, TX 77079


Petech Enterprises Inc
5707 Spanish Oak Dr.
Houston, TX 77066

Pipeline Measurement Company
P.O. Box 3254
Alice, TX 78333


Pirate Production & Services
P.O. Box 492
Coppell, TX 75019


Platinum Slickline Services Inc
P.O. Box 1847
Alice, TX 78333


PLS, Inc.
P.O. Box 4987
Houston, TX 77210-4987


Process Services Inc.
P.O. Box 8230
Corpus Christi, TX 78468


R&R Lease Service, Inc.
P.O. Box 644
Alice, TX 78333


R.E.M. Solutions
16290 Katy Freeway
Suite 150
Houston, TX 77094


Rafael Canales, Indiv/Heir Und
Est of Corina G. Canales
201 Alcade Moreno
San Antonio, TX 78232

Railroad Commission of Texas
P.O. Box 12967
Austin, TX 78711-2967


Ralph E. Davis Associates Inc.
1717 St. James Place, Suite 460
Houston, TX 77056


Randall Broda
1720 Route #22 East
Union, NJ 07083


RCL Systems Inc.
3960 Bluebonnet
Stafford, TX 77477


Reliant Energy
PO Box 650475
Dallas, TX 75265-0475


Richardson ISD Tax Office
P.O. Box 650316
Dallas, TX 75265-0316


Robert C. Bates LLC
6846 S. Canton Ave.
Suite 250
Tulsa, OK 74136


Robert P. Munn
9707 Rollinson Park Dr.
Spring, TX 77379

Rodman & Renshaw
1251 Avenue of the Americas
20th Floor
New York, NY 10020


Schuster & Murry, P.C.
615 N. Upper Broadway
MSC 37 Suite 920
Corpus Christi, TX 78477


Scorpian Exploration & Production
P.O. Box 643
Benavides, TX 78341


Scorpion Downhole Services
c/o Faceton, Inc.
P.O. Box 116999
Atlanta, GA 30368


Scott Richards
6002 Pin Oak Place
Spring, TX 77379


Seismic Exchange Inc.
Department 320
P.O. Box 4869
Houston, TX 77210


Seismic Micro-Technology, Inc.
Dept 2327
P.O. Box 122327
Dallas, TX 75312


Seismic Ventures
12603 Southwest Freeway
Suite 600
Stafford, TX 77477

Sentry Technologies, Inc.
P.O. Box 772258
Houston, TX 77215


Servando Canales, Indiv/Heir
Est of Corina G. Canales
8441 Greenstone Drive
Rowlett, TX 75089


Smith International Inc.
PO Box 200760
Dallas, TX 75320-0760


Southern Lease Service Ltd.
P.O. Box 868
George West, TX 78022


Specialty Rental Tools & Supply
PO Box 54428
New Orleans, LA 70154-4428


St. Paul Surplus Lines Insurance Company
c/o Insurance Alliance
Attn: Lee Rauch
1779 Yortown, Sutie 200
Houston, TX 77056


Standard & Poor's
2542 Collection Center Dr.
Chicago, IL 60693


Steven Beckham
1355 N. Sierra Bonita Ave., Apt. 401
Los Angeles, CA 90046

Stokes & Spiehler Onshore, Inc.
P.O. Box 52006
Lafayette, LA 70505


Straight Line Const., Inc.
P.O. Box 342
Freer, TX 78357


Streetsmart Communication, Inc.
140 E. 56th St., Suite 7D
New York, NY 10022


Supreme Services & Specialty
204 Industrial Ave. C
Houma, LA 70363


Sylvia G. Castaneda
4007 Mt. Laurel Drive
San Antonio, TX 78240


Tejas Lease Service LLC
P.O. Drawer 340
George West, TX 78022


Texas Data Network Services
P.O. Box 541037
Houston, TX 77254


Texas DNS
P.O. Box 541037
Houston, TX 77254

Texas Energy Services LP
PO Box 2108
Alice, TX 78333


Texas Hot Shot Co.
P.O. Box 42406
Houston, TX 77242-2406


Texas Mutual Insurance Company
c/o Insurance Alliance
Attn: Lee Rauch
1779 Yorktown, Suite 200
Houston, TX 77056

Texas Railroad Commission
1701 N. Congress
Austin, TX 78711


Thru Tubing Solutions Inc.
P.O. Box 910283
Dallas, TX 75391


Tombal Transfer & Storage
313 North Chestnut St.
Tomball, TX 77375


TRC Consultants, LC
120 Dietert Ave., Suite 100
Boerne, TX 78006


TXU Energy
P.O. Box 660161
Dallas, TX 75265-0638

United Shipping Solutions
1475 Richardson Dr.
Suite 220
Richardson, TX 75080


Verizon Wireless
P.O. Box 660108
Dallas, TX 75266


Vetco Gray Inc.
Bank of America
P.O. Box 841017
Dallas, TX 75284


Vinson & Elkins
P.O. Box 200113
Houston, TX 77216


Voyager Gas Corporation
6630 Cypresswood Dr.
Suite 200
Spring, TX 77379


Voyager Gas Holdings, LP
15851 Dallas Parkway
Suite 1125
Addison, TX 75001


VTL Texas Hot Shots, LLC
P.O. Box 975390
Dallas, TX 75397


W. H. Rieniets, Jr.
8606 Discus Dr.
Humble, TX 77346

Wade Warren Energy Services
P.O. Box 1166
George West, TX 78022


Warrior Energy Services
Department 2114
P.O. Box 122114
Dallas, TX 75312


Wavex, Inc.
15314 Wilkshire Court
Houston, TX 77069


Weatherford U S, LP
PO Box 200019
Houston, TX 77216-0019


Weatherford Well Screen
P.O. Box 203043
Houston, TX 77216


Wellington Clark Properties, Ltd.
15318 Beechum Dr.
Houston, TX 77068


Welllington Clark Properties
15318 Beecham Dr.
Houston, TX 77068


White Tornado
P.O. Box 631
Waller, TX 77484

Wilson
P.O. Box 200822
Dallas, TX 75320


Wood Group Pressure Control
PO Box 911776
Dallas, TX 75391-1776


XChem
P.O. Box 971433
Dallas, TX 75397

# United States Bankruptcy Court
## Southern District of Texas

In re   **Cross Canyon Energy Corp.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Cross Canyon Energy Corp.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 29, 2010**

Date

**/s/ Rhett G. Campbell**

**Rhett G. Campbell**

Signature of Attorney or Litigant

Counsel for   **Cross Canyon Energy Corp.**

**Thompson & Knight, LLP**
**333 Clay Street**
**Suite 3300**
**Houston, TX 77002**
**(713) 654-8111 Fax:(713) 654-1871**