

TO THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/03/2010

| | § | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CROSS CANYON ENERGY CORP., | § | CASE NO. 10-30747 |
| | § | |
| Debtor. | § | (Chapter 11) |
| | § | |

### ORDER SCHEDULING HEARING TO CONSIDER (A) DEBTOR'S PREPETITION SOLICITATION; (B) CONFIRMATION OF DEBTOR'S PREPACKAGED PLAN OF REORGANIZATION; (C) DEBTOR'S MOTION OR MOTIONS TO ASSUME OR REJECT EXECUTORY CONTRACTS; AND (D) GRANTING RELATED RELIEF

Having considered the Debtor's Emergency Motion to Schedule Hearing Date for (a) Approval of Prepetition Solicitation; (b) Confirmation of Plan of Reorganization; (c) Approval of Assumption or Rejection of Executory Contracts; and (d) Granting Related Relief (the "Motion")[1]; the Declaration of Carl A. Chase in Support of Voluntary Petition, First Day Motions, and Designation as Complex Bankruptcy Case; and the evidence and arguments presented at the hearing, the Court finds that: (a) jurisdiction over the matters in the Motion is proper pursuant to 28 U.S.C. §§ 1334 and 157; (b) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; (c) proper and adequate notice of the Motion is provided and no further notice is needed; (d) the relief sought in the Motion is in the best interest of the Debtor's estate, its creditors and all parties-in-interest; (e) the contents of the Solicitation Packages and the procedures for Solicitation, providing notice of the Confirmation Hearing, and other matters set forth in the Motion comply with Bankruptcy Rules 2002 and 3017 and constitute sufficient notice for all purposes to all interested parties in accordance with the Bankruptcy Code, the

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

ORDER SCHEDULING HEARING TO CONSIDER (A) DEBTOR'S PREPETITION SOLICITATION;
(B) CONFIRMATION OF DEBTOR'S PREPACKAGED PLAN OF REORGANIZATION; (C) DEBTOR'S MOTION OR
MOTIONS TO ASSUME OR REJECT EXECUTORY CONTRACTS; AND GRANTING RELATED RELIEF- PAGE 1
513854 000004 DALLAS 2567954.4

Bankruptcy Rules and the Local Rules; and (f) good and sufficient cause exists for granting the relief requested in the Motion. Accordingly, it is

**ORDERED** that the Motion hereby is **GRANTED**. It is further

**ORDERED** that a hearing to determine the adequacy of the Debtor's prepetition solicitation of the Debtor's Prepackaged Plan of Reorganization of Cross Canyon Energy Corp. Pursuant to Chapter 11 of the Bankruptcy Code (the "Plan") shall be held on March 11, 2010, at 9:30 a.m. in the Courtroom of the undersigned Judge, United States Bankruptcy Court, Southern District of Texas, Houston Division, United States Courthouse, 515 Rusk Avenue, Houston, Texas 77002. Objections, if any, to the adequacy of the solicitation of the Plan shall be filed no later than 5:00 p.m. (CT) on February 26, 2010. It is further

**ORDERED** that a hearing (the "Confirmation Hearing") on the confirmation of the Plan shall be held on March 11, 2010, at 9:30 a.m. in the Courtroom of the undersigned Judge, United States Bankruptcy Court, Southern District of Texas, Houston Division, United States Courthouse, 515 Rusk Avenue, Houston, Texas 77002. Objections, if any, to confirmation of the Plan shall be filed no later than 5:00 p.m. (CT) on February 26, 2010. It is further

**ORDERED** that the Debtor is authorized to mail notice of the filing of the Plan and Disclosure Statement, along with notice of the date and time of the hearing on adequacy of the Disclosure Statement and Confirmation of the Plan and the objection deadlines for same, in the form of the within Order, and (b) such mailing is deemed to be sufficient to satisfy Bankruptcy Rule 3017(d) under the circumstances of this case for all purposes, including in lieu of mailing a copy of the Plan and Disclosure Statement to all creditors and equity security holders. It is further

**ORDERED** that a hearing on the Debtor's motion or motions to assume or reject executory contracts shall be heard at the same time as the Confirmation Hearing. It is further

**ORDERED** that if by the close of business on February 9, 2010 the United States Trustee has (a) not filed an objection to the Debtor's request pursuant to Section 341(e) of the Bankruptcy Code that the United States Trustee not convene a meeting of creditors or equity security holders, then the Debtor may submit an order in connection with same for the undersigned Judge's signature, and (b) filed an objection to the Debtor's request pursuant to Section 341(e), then a hearing on such objection shall be held on February 10, 2010, at 9:30 a.m. in the Courtroom of the undersigned Judge, United States Bankruptcy Court, Southern District of Texas, Houston Division, United States Courthouse, 515 Rusk Avenue, Houston, Texas 77002. It is further

**ORDERED** that this Court shall retain jurisdiction to hear and consider all disputes arising from the interpretation or implementation of this Order.

**SIGNED** this 2nd day of February, 2010.

_____
**UNITED STATES BANKRUPTCY JUDGE**