IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CROSS CANYON ENERGY CORP., | § | CASE NO. 10-30747 |
| | § | |
| Debtor. | § | (Chapter 11) |
| | § | |

### NOTICE OF RESCHEDULED FINAL CASH COLLATERAL HEARING
[Relates to Docket Nos. 9, 31, and 39]

**PLEASE TAKE NOTICE** that a final hearing on the Debtor's *Emergency Motion Authorizing Interim and Final Use of Cash Collateral, Granting of Adequate Protection and Related Relief* (the "Motion") [Docket No. 9], originally scheduled for February 18, 2010 at 3:00 p.m., will now be held on **February 19, 2010 at 9:30 a.m.** (prevailing Central Time), before the Honorable Jeff Bohm, United States Bankruptcy Judge, 515 Rusk Avenue, Courtroom 600, Houston, Texas, 77002. Any objection to the relief requested in the Motion on a permanent basis must (a) be filed in writing with the Clerk of this Court no later than **February 12, 2010, at 5:00 p.m.** (prevailing Central Time) (the "Objection Deadline") and (b) served so as to be actually received by the notice parties set forth in paragraph 23 of the Interim Order Authorizing Interim Use of Cash Collateral, Granting Adequate Protection and Related relief (the "Interim Order") [Docket No. 31].

**DATED:** February 10, 2010.

Respectfully submitted,

**THOMPSON & KNIGHT LLP**

*/s/ Rhett G. Campbell*
**RHETT G. CAMPBELL**
Texas State Bar No. 03714500
Southern District of Texas Bar No. 1034
Rhett.Campbell@tklaw.com
Three Allen Center
333 Clay Street, Suite 3300
Houston, Texas 77002
Phone: 713-654-8111
Fax: 713-654-1871

-and-

**IRA L. HERMAN**
Texas State Bar No. 24063314
Southern District of Texas Bar No. 970176
Ira.Herman@tklaw.com

**JENNIFER A. CHRISTIAN**
Jennifer.Christian@tklaw.com
919 Third Avenue, 39th Floor
New York, New York 10022-3915
Phone: 212-751-3001
Fax: 212-751-3113

**COUNSEL FOR DEBTOR
AND DEBTOR-IN-POSSESSION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on the parties entitled to service via this Court's Electronic Filing System ("ECF") and on the attached Master Service List first class U.S. Mail on this 10th day of February, 2010.

*/s/ Rhett G. Campbell*
Rhett G. Campbell