IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| CROSS CANYON ENERGY CORP., | § § | CASE NO. 10-30747 |
| Debtor. | § § § | (Chapter 11) |

### NOTICE OF FILING OF BLACKLINED VERSION OF SECTION 2.11 OF AMENDED PLAN OF REORGANIZATION OF CROSS CANYON ENERGY CORP.

[Relates to Docket No. 73]

Attached hereto as Exhibit A, for informational purposes only, is a blackline of section 2.11, reflecting the changes made in the Amended Plan of Reorganization of Cross Canyon Energy Corp. filed this date.

**DATED:**  March 10, 2010.

Respectfully submitted,

**THOMPSON & KNIGHT LLP**

 /s/ Rhett G. Campbell
**RHETT G. CAMPBELL**
Texas State Bar No. 03714500
Southern District of Texas Bar No. 1034
Rhett.Campbell@tklaw.com
Three Allen Center
333 Clay Street, Suite 3300
Houston, Texas 77002
Phone: 713-654-8111
Fax: 713-654-1871

-and-

**IRA L. HERMAN**
Texas State Bar No. 24063314
Southern District of Texas Bar No. 970176
Ira.Herman@tklaw.com

**JENNIFER A. CHRISTIAN**
Jennifer.Christian@tklaw.com
919 Third Avenue, 39th Floor
New York, New York 10022-3915
Phone: 212-751-3001
Fax: 212-751-3113

**COUNSEL FOR DEBTOR
AND DEBTOR-IN-POSSESSION**

-

**EXHIBIT A**

      2.11    <u>Class 9</u>. *Intercompany Claims*. Class 9 Claims are <u>not</u> Impaired. Each holder of an ~~allowed Class 9 Claim shall receive no distribution on account of such Class 9 Claim, as Class 9 shall receive no distribution under the Plan. Class 9 is deemed to reject~~<u>Allowed Class 9 Claim shall be paid in full, in Cash, as soon as reasonably practicable on the later of (a) the Effective Date and (b) the date on which such Intercompany Claim becomes an Allowed Claim payable under applicable law or any agreement relating thereto. Class 9 is deemed to have accepted</u> the Plan ~~by operation of law~~ and <u>therefore</u> is not entitled to vote to accept or reject the ~~Plan~~<u>plan</u>.